JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS STORE #6549, a business entity; and MAVERICK CRE, LLC, a California limited liability company,<br><br>    Defendants. | Case No. 8:23-cv-02268-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about February 5, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 7, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE